■ DEBORAH TAYLOR, Respondent, v BARRY BRAND, Appellant. [643 NYS2d 996]

, There is no merit to respondent-appellant's claim that his support obligation, as determined under the Child Support Standards Act (Family Ct Act § 413), is unjust, inappropriate, and based upon mathematical errors. In arriving at $1,668.63 a month, the court correctly determined the child's reasonable needs, properly applied the formula set forth in the Child Support Standards Act, properly took into consideration the factors set forth in Family Court Act § 413 (1) (f) with respect to combined parental income over $80,000, and sufficiently articulated the reasons for his decision (see, Matter of Cassano v Cassano, 85 NY2d 649; Matter of Prystay v Avildsen, 220 AD2d 337). We have considered appellant's other contentions and find them to be without merit. Concur—Sullivan, J. P., Ellerin, Rubin, Kupferman and Nardelli, JJ.

■ KATHLEEN TANNER, as Director of the Office of Professional Medical Conduct of the New York State Department of